# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** TOPPE, TIMOTHY V
TOPPE, GWEN A

**CHAPTER 7 BANKRUPTCY CASE NO: 06-41089**

Please check one:

_____ Unclaimed Dividends

__x__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| KOHLS CHASE BANK USA NA<br>C/O CREDITORS BANKRUPTCY SVC<br>PO BOX 740933<br>DALLAS, TX 75374 | 5 | $107.41 | $2.75 |

Date: February 24, 2010

/e/ Terri A. Running
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5